No. 90–1135.  IN RE AMEND;
No. 90–6413.  IN RE MAY;
No. 90–6592.  IN RE MILLER;
No. 90–6702.  IN RE SHELTON; and
No. 90–6762.  IN RE COZZETTI.  Petitions for writs of mandamus denied.

No. 90–1054.  IN RE McDONALD; and
No. 90–6658.  IN RE SASSOWER.  Petitions for writs of mandamus and/or prohibition denied.

No. 90–6634.  IN RE KLEINSCHMIDT.  Petition for writ of prohibition denied.

No. 89–1290.  FREEMAN ET AL. v. PITTS ET AL.  C. A. 11th Cir.  Certiorari granted.

No. 90–741.  DEWSNUP v. TIMM ET AL.  C. A. 10th Cir.  Certiorari granted.

No. 90–848.  HILTON v. SOUTH CAROLINA PUBLIC RAILWAYS COMMISSION.  Sup. Ct. S. C.  Certiorari granted.

No. 90–889.  KING v. ST. VINCENT'S HOSPITAL.  C. A. 11th Cir.  Certiorari granted.

No. 90–925.  IMMIGRATION AND NATURALIZATION SERVICE v. DOHERTY.  C. A. 2d Cir.  Certiorari granted.

No. 90–1059.  SIMON & SCHUSTER, INC. v. MEMBERS OF THE NEW YORK STATE CRIME VICTIMS BOARD ET AL.  C. A. 2d Cir.  Certiorari granted.